THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD SMITH, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

NATHAN KLEIN, Respondent, v. DELACROIX REALTY CORPORATION, Appellant, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

VAN VLIET & PLACE, INC., and Another, Respondents, v. EMMANUEL P. GUERIN and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALLERTON 38TH STREET COMPANY, INC., Appellant, v. HENRY M. GOLDFOGLE and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

ROSA G. SEMPLE, Respondent, v. FREDERICK AMBROSE CLARK and Others, Defendants, Impleaded with MARTHA KRAKEUR, Appellant.— Judgment affirmed, with costs, on the opinion of Frankenthaler, J., at Special Term.█ Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

DAISY ERB and JULIET J. JONAS, Respondents, v. LOUIS LEAVITT and MILTON GLADSTONE, Appellants.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

DAISY ERB and JULIET J. JONAS, Respondents, v. LOUIS LEAVITT and MILTON GLADSTONE, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

AGNES M. WINKELMAN, Appellant, v. MAX WINKELMAN, Respondent.— Judgment and order reversed, with costs, and motion denied, with ten dollars costs, with leave to defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Finch. McAvoy and Sherman, JJ.

In the Matter of Application of ABRAHAM MITCHELL, Respondent, v. RUBIN SPERLING, Individually and as President, etc., Appellant.—Appeal dismissed, without costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of Application of ABRAHAM MITCHELL, Respondent, v. AARON GOLDSTEIN, Individually and as Secretary, etc., Appellant.— Appeal dismissed, without costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of M. VARTAN MALCOLM, an Attorney.— Reference ordered to Hon. John Proctor Clarke, official referee. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of NASH ROCKWOOD, an Attorney.— Reference ordered to Hon. John Proctor Clarke, official referee. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of JOSEPH M. SMITH, an Attorney.— Reference ordered to Hon.